# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 06-00118-CG |
| | ) | CIVIL ACTION NO. 12-0599-CG-N |
| DARLENE HILL, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the order entered on this date, it is **ORDERED, ADJUDGED and DECREED** that the motion filed by the United States is hereby **GRANTED** and this action is hereby **DISMISSED** for lack of jurisdiction due to defendant's failure seek an order from the Eleventh Circuit Court of Appeals, pursuant 28 U.S.C. § 2244(b)(3)(A), prior to filing a successive petition. Petitioner is not entitled to a certificate of appealability or to appeal in forma pauperis .

**DONE and ORDERED** this 7th day of January, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE